CHARLES V. PATERNO, Appellant, *v.* ROBERT J. EAGER, Respondent.

Supreme Court, Appellate Term, First Department, October 28, 1943.

*David Greenberg* for appellant.

*Robert J. Eager* and *Christopher G. Coleman* for respondent.

OPINION *Per Curiam.* As the construction of the New Jersey statute [L. 1933, ch. 82, subd. 2] by the courts of that State seems contrary to the contention of respondent it was error to grant defendant's motion.

Judgment and order reversed, and motion denied without prejudice, with costs to appellant to abide the event.

SCHMUCK, MCLAUGHLIN, and HECHT, JJ., concur.